**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| RETSEL CORPORATION, d/b/a Grand Gateway Hotel and d/b/a Cheers Sports Lounge and Casino; CONNIE UHRE; and NICHOLAS UHRE,<br><br>                    Plaintiffs,<br><br>        v.<br><br>EXPEDIA, INC. d/b/a Expedia.com,<br><br>                    Defendant. | 2:25-cv-01033-TSZ |

**[PROPOSED] ORDER DENYING DEFENDANT'S**
**MOTION TO DISMISS THIRD AMENDED COMPLAINT**

This matter comes before the Court on Defendant Expedia, Inc.'s Motion to Dismiss the Third Amended Complaint (Dkt. 37). Having considered the motion, Plaintiffs' opposition, Defendant's reply (if any), and the balance of the record, and being fully advised, it is hereby

**ORDERED** that Defendant's Motion to Dismiss the Third Amended Complaint (Dkt. 37) is

DENIED.

[PROPOSED] ORDER DENYING
DEFENDANT'S MOTION TO DISMISS THIRD
AMENDED COMPLAINT

Case No. 2:25-cv-01033-TSZ

JOHN PIERCE LAW P.C.
21550 Oxnard St., 3rd Floor
Woodland Hills, CA 91367
(321) 321-2366

Dated: _____, 2026.


_____

The Honorable Thomas S. Zilly

United States District Judge


*Presented by:*


By: /s/ John M. Pierce

John M. Pierce (Cal. Bar No. 250443)

*(Admitted Pro Hac Vice)*

*Attorneys for Plaintiffs*

[PROPOSED] ORDER DENYING
DEFENDANT'S MOTION TO DISMISS THIRD
AMENDED COMPLAINT

Case No. 2:25-cv-01033-TSZ

**JOHN PIERCE LAW P.C.**
21550 Oxnard St., 3rd Floor
Woodland Hills, CA 91367
(321) 321-2366