THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

| | |
|---|---|
| RETSEL CORPORATION, d/b/a Grand Gateway Hotel and d/b/a Cheers Sports Lounge and Casino, CONNIE UHRE, and NICHOLAS UHRE,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPEDIA, INC.,<br><br>Defendant. | No. 2:25-cv-01033-TSZ<br><br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

TO:          THE CLERK OF THE COURT

AND TO:     ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that David W. Williams hereby withdraws as counsel for Defendant Expedia, Inc. in the above-entitled action. Angelo J. Calfo will continue to represent Defendant in this matter and requests that all further papers and pleadings be served upon him.

NOTICE OF WITHDRAWAL OF COUNSEL - 1
CASE NO. 2:25-cv-01033-TSZ

ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810

Dated this 18th day of June, 2026.

ANGELI & CALFO LLC

By: *s/ David W. Williams*
    David W. Williams, WSBA #64082
    701 Pike Street, Suite 1625
    Seattle, WA 98101
    Tel: 206-703-4810
    davidw@angelicalfo.com

*Attorney for Defendant Expedia, Inc.*

NOTICE OF WITHDRAWAL OF COUNSEL - 2
CASE NO. 2:25-cv-01033-TSZ

ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810